# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1193. STACY J. WHITE v. THE STATE.

In 1997, when he was 16 years old, Stacy J. White pled guilty to armed robbery and aggravated assault. He was sentenced to life in prison, with the possibility of parole, on the armed robbery charge and 20 years in prison on the aggravated assault charge. White later filed a motion to vacate a void judgment, arguing that the trial court lacked jurisdiction over him due to his age at the time of the offenses, that his guilty plea was coerced, and that his sentence constituted cruel and unusual punishment. In an order entered on November 25, 2025, the trial court denied the motion. On January 15, 2026, White filed a notice of appeal to this Court. We, however, lack jurisdiction.

Pretermitting whether White otherwise would have a right of appeal from the order denying his motion,[1] his appeal was not timely filed.  A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38(a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731,

---

[1] "[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case," and an appeal from a trial court's ruling on such a request is subject to dismissal. *Harper v. State*, 286 Ga. 216, 218(1) (686 SE2d 786) (2009). A defendant may have a right of appeal from an order denying a motion to vacate a void *sentence*, but only if the motion raises a colorable claim that the sentence is, in fact, void. See *Frazier v. State*, 302 Ga. App. 346, 348 (691 SE2d 247) (2010).

739(4) (734 SE2d 560) (2012) (punctuation omitted).

Because White filed his notice of appeal 51 days after entry of the trial court's order, his appeal is untimely. We thus lack jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 02/06/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*